JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARIAH DANIELLE ALHAWARIN; MOHAMMED ALHAWARIN,

    Plaintiffs,

v.

JAMES McCAMENT, *et al.*,

    Defendants.

CV 17-3444-GW-AFMx

**JUDGMENT**

**Judge: Honorable George H. Wu**

## **JUDGMENT**

In light of the Court's order denying Plaintiffs' Motion for Summary Judgment (Dkt. 143) and granting Defendants' Motion for Summary Judgment (Dkt. 142), the Court hereby ORDERS that judgment be entered as follows:

1. Judgment for Defendants James McCament, *et al.* and against Plaintiffs Mariah Danielle Alhawarin and Mohammed Alhawarin, who shall take nothing.

2. The Clerk of Court shall close this case.

IT IS SO ORDERED.

DATED: January 25, 2021

                                              HON. GEORGE H. WU
                                              United States District Judge